**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TYGANDA GILMORE, | | No. 4:19-CV-00262 |
| Petitioner, | | (Judge Brann) |
| v. | | |
| WARDEN, | | |
| Respondent. | | |

## ORDER

### MAY 19, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DENIED**; and

2.    The Clerk of Court is directed to **CLOSE** this matter.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge